# THE BLANCH LAW FIRM A Professional Corp.

261 Madison Avenue, 12th Floor ● New York, New York 10016 ● Tel. 212.736.3900 ● Fax 212.736.3910

July 25, 2011

Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 11201

                Re:    <u>United States v. Jose Anthony Delos Santos</u>; 11-*mj-00272*

Your Honor:

      Our firm is counsel of record for <u>Jose Delos Santos,</u> and respectfully submit this request seeking permission for Mr. Delos Santos to have his current curfew extended to 8:30 P.M. Monday - Friday to permit him to pick-up both of his children from their child care providers and return home.  Mr. Delos Santos is the father of two young children <u>Brandon Delos Santos</u>, age 4 and <u>Angel Delos Santos</u>, age 1 who reside with him and the children's mother, Nancy Pena

    Both Ms. Pena and Mr. Delos Santos are employed with Ms. Pena doing "field visits" for the Department of Health and Human Services that prevents her from picking up their children on time after work.  Due to the cost of health care the children have separate providers, <u>Brandon Delos Santos'</u> child care provider is at <u>1665 Randall Avenue, Bronx New York, 10474</u> and <u>Angel Delos Santos'</u> care provider in the <u>Maria Group Family Day Care,  1529 Leland Ave Bronx, NY 10460</u> .

     Our office has been in contact with AUSA  Alvin Bragg and Mr. Delos Santos' Pre-trial Services Officer  in regards to this matter.  They have no objections to this request or its approval.
     Based upon the information submitted, we therefore ask that this Court permit Mr. Delos Santos to travel to the above listed locations with the  time periods listed.

     If there are any questions of additional information needed, please do not hesitate to contact me.

                                                                         Respectfully submitted,

                                                     <u>/s/ Edward J. McQuat</u>_____
                                                             Edward J. McQuat, Esq.
                                           *Counsel for Jose Anthony  Delos Santos*
                                                        Office Phone: 212.736.3939
                                                           Cell Phone: 917.484.0880
                                                                 Fax: 212.736.3910
                                                 Email: <u>Emcquat@Blanchpc.com</u>

Cc: AUSA Alvin Bragg, SDNY